IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MARCUS LEONARD GOLDEN, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 1:21-CV-403-WHA-JTA |
| DEPTUY BYRANT, et al., | ) |
| Defendants. | ) |

**ORDER**

On June 9, 2021, the Magistrate Judge entered a Recommendation (Doc. #5) to which no timely objections have been filed. After an independent review of the file and upon consideration of the Recommendation, it is ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. The plaintiff's claims against the Houston County Commission and the Houston County Jail are DISMISSED with prejudice in accordance with the provisions of 28 U.S.C. § 1915A.

3. This case, with respect to the plaintiff's claims against Deputy Bryant, is referred back to the Magistrate Judge for further appropriate proceedings.

DONE this 30th day of June, 2021.

/s/ W. Harold Albritton
SENIORUNITED STATES DISTRICT JUDGE